David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Jacqueline Beaumont, Bar No. 253776
jbeaumont@calljensen.com
Samuel G. Brooks, Bar No. 272107
sbrooks@calljense.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

CLOSED

Attorneys for Plaintiff Power Balance, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER BALANCE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>L.A. HAIR STRAIGHTENER INC., a California Corporation; LA BEAUTY MARK, INC., a California Corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV11-00618 DDP (AGRx)<br><br>**ORDER FOR PERMANENT INJUNCTION**<br><br><br><br>Complaint Filed:  January 20, 2011<br>Trial Date:          None Set |

///

///

///

1   The Court has considered the Stipulated Injunction submitted by counsel for
2   Plaintiff and Defendants in the above-entitled action, as set forth above and
3   incorporated herein by reference. For good cause, the Court hereby **GRANTS** the
4   parties' requests and **ORDERS** the Stipulated Injunction to be the Order of the Court.

5   **WHEREAS** the Parties agree that Plaintiff has certain trademarks and trade dress
6   in its hologram wristbands;

7   **NOW THEREFORE**, Defendants and all their representatives, servants and
8   agents, employees, officers, directors, partners, attorneys, subsidiaries, and all persons
9   under their control, or acting in active concert or participation with them, are hereby
10  permanently enjoined from:

11  (1) Advertising, selling, offering for sale, marketing, distributing, selling,
12  exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering,
13  exhibiting, destroying, or in any manner disposing of products or aiding in any way the
14  advertising, selling, offering for sale, marketing, distributing, selling, exposing,
15  shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting,
16  destroying, or in any manner disposing of products that bear words or packaging
17  referring to Plaintiff's word marks "Power Balance" or "PB;"

18  (2) Producing, manufacturing, assembling, reproducing or assembling or aiding
19  in any way the producing, manufacturing, assembling, reproducing or assembling of
20  any goods that bear words or packaging referring to Plaintiff's word marks "Power
21  Balance" or "PB;"

23  ///

25  ///

27  ///

CALL & JENSEN
A PROFESSIONAL CORPORATION

POW04-21:Proposed Order on Stipulation for Permanent Injunction.doc:9-6-11                - 2 -
[PROPOSED] ORDER FOR PERMANENT INJUNCTION

1  (3) Buying, selling or in any way dealing with or using goods that bear words or
2  packaging referring to Plaintiff's word marks "Power Balance" or "PB."

4  **IT IS SO ORDERED.**

6  Dated:  September 06, 2011

_____
United States District Judge
Hon. Dean D. Pregerson

CALL & JENSEN
A PROFESSIONAL CORPORATION

POW04-21:Proposed Order on Stipulation for Permanent Injunction.doc:9-6-11                                                              - 3 -
[PROPOSED] ORDER FOR PERMANENT INJUNCTION